374 A.2d 722

Lehr v. Lehr, Appellant.

Argued March 23, 1977. Earl H. Lehr, appellant, *in propria persona*; Albert B. Wrigley, with him Kranzley, Wrigley, Yergey, and Daylor, for appellee.

Decree affirmed.